UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Earle Lecki | § | Case No. 13-11669 |
| Christine Lecki | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    219 S. Dearborn Street
                    Chicago, IL  60604
    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 5/02/14 in Courtroom 240,

                    Old Kane County Courthouse
                    100 S. Third Street
                    Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____      By: _____

DAVID R. BROWN
400 South County Farm Road
Suite 330
Wheaton, IL  60187

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Earle Lecki § Case No. 13-11669
Christine Lecki §
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 42,000.00 |
| and approved disbursements of | $ | 15,026.37 |
| leaving a balance on hand of[1] | $ | 26,973.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 4,046.19 | $ 0.00 | $ 4,046.19 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 1,971.00 | $ 0.00 | $ 1,971.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,017.19 |
| Remaining Balance | | $ | 20,956.44 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,311.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom Fsb | $ 12,852.46 | $ 0.00 | $ 5,148.79 |
| 2 | N. A. Capital One | $ 1,738.35 | $ 0.00 | $ 696.40 |
| 3 | American Infosource Lp As Agent For | $ 151.51 | $ 0.00 | $ 60.70 |
| 4 | AMERICAN EXPRESS CENTURION BANK | $ 6,264.11 | $ 0.00 | $ 2,509.45 |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ 14,350.77 | $ 0.00 | $ 5,749.03 |
| 6 | AMERICAN EXPRESS CENTURION BANK | $ 16,954.45 | $ 0.00 | $ 6,792.07 |
| | Total to be paid to timely general unsecured creditors | | $ | 20,956.44 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
                      Trustee

DAVID R. BROWN
400 South County Farm Road
Suite 330
Wheaton, IL  60187

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                             Case No. 13-11669-DRC
Earle Lecki                                                        Chapter 7
Christine Lecki
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina             Page 1 of 2              Date Rcvd: Apr 02, 2014
                              Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2014.
```
db/jdb       +Earle Lecki,    Christine Lecki,    134 Crab Tree Drive,    Westmont, IL 60559-3474
20216477     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
20233301      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
20216479    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:     Bank Of America,    Po Box 982235,    El Paso, TX 79998)
20216476     +Blitt and Gaines, P.C.,    661 Glenn Ave,    Wheeling, IL 60090-6017
20216488    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:     Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
21026993      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20216480     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
20216482     +Hinsdale Surgical Center,    39652 Treasury Center,    Chicago, IL 60694-9600
20216483     +Keuogh & Moody, PC.,    1250 East Diehl Road, Suite 405,    Naperville, IL 60563-9389
20216486     +Orchard Gate Homeowners Association,    Management Services Specialists,
               390 Interlocken Crescent, Suite 500,    Broomfield, CO 80021-8041
20216487     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
20216489     +Verizon,    Verizon Wireless Bankruptcy Dept.,    Po Box 3397,    Bloomington, IL 61702-3397
20216491     +West Suburban Bank,    711 S Westmore,    Lombard, IL 60148-3770
20216490     +West Suburban Bank,    711 S Westmore Ave,    Lombard, IL 60148-3770
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21035784      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2014 00:49:53
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,    Oklahoma City, OK  73124-8838
20216481     +E-mail/Text: bankruptcy@edward.org Apr 03 2014 00:43:27      Edward Hospital,    Po Box 4207,
               Carol Stream, IL 60197-4207
20216484     +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 03 2014 00:41:42       Kohls/capone,    Po Box 3115,
               Milwaukee, WI 53201-3115
20216485     +E-mail/Text: bnc@nordstrom.com Apr 03 2014 00:41:45      Nordstrom FSB,
               Attention: Bankruptcy Department,    Po Box 6566,    Englewood, CO 80155-6566
20903206      E-mail/Text: bnc@nordstrom.com Apr 03 2014 00:41:45      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            The Law firm of Springer Brown LLC
20216478*     +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
21126411*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21126412*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21126413*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                               TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2014 at the address(es) listed below:
```
              David  Brown, ESQ   on behalf of Trustee David R Brown, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Jon N. Dowat   on behalf of Debtor Earle  Lecki tobadmin@comcast.net,    atty_dowat@bluestylus.com
              Jon N. Dowat   on behalf of Joint Debtor Christine  Lecki tobadmin@comcast.net,
               atty_dowat@bluestylus.com
              Meredith S Fox   on behalf of Trustee David R Brown, ESQ tspringer@springerbrown.com
```

```
District/off: 0752-1          User: nmolina              Page 2 of 2            Date Rcvd: Apr 02, 2014
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                       TOTAL: 6