UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Earle Lecki § Case No. 13-11669
Christine Lecki §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Earle Lecki & Christine Lecki |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | West Suburban Bank 711 S Westmore Ave Lombard, IL 60148 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| The Bank of New York Mellon | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| HomeTown RV | | | | | |
| HomeTown RV | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | | | | |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Edward Hospital Po Box 4207 Carol Stream, IL 60197 | | | | | |
| | Hinsdale Surgical Center 39652 Treasury Center Chicago, IL 60694 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | | | | |
| | Orchard Gate Homeowners Association Management Services Specialists 390 Interlocken Crescent, Suite 500 Broomfield, CO 80021 | | | | | |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Verizon Verizon Wireless Bankruptcy Dept. Po Box 3397 Bloomington, IL 61702 | | | | | |
| | West Suburban Bank 711 S Westmore Lombard, IL 60148 | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 6 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 3 | American Infosource Lp As Agent For | | | | | |
| 2 | N. A. Capital One | | | | | |
| 1 | Nordstrom Fsb | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-11669 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | Earle Lecki | | | | Date Filed (f) or Converted (c): | 03/22/2013 (f) |
| | Christine Lecki | | | | 341(a) Meeting Date: | 04/16/2013 |
| For Period Ending: | 06/27/2014 | | | | Claims Bar Date: | 11/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 134 Crabtree Drive Westmont, Il 60559 | 150,219.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - West Suburban Bank, Darien, Il | 8.61 | 0.00 | | 0.00 | FA |
| 3. Bedroom Set - Bed, Dressor, Night Stand | 300.00 | 0.00 | | 0.00 | FA |
| 4. Wedding Rings | 200.00 | 0.00 | | 0.00 | FA |
| 5. 2012 Tax Refund | 1,924.24 | 0.00 | | 0.00 | FA |
| 6. 1998 Volkswagon Golf- 128,000 | 1,229.00 | 0.00 | | 0.00 | FA |
| 7. 2007 - Dutchman 31-P | 49,995.00 | 40,956.85 | | 42,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $203,875.85   $40,956.85   $42,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims to be reviewed after claims bar date has run and objections filed thereto if necessary. Final Report will then be filed.

Initial Projected Date of Final Report (TFR): 03/14/2014    Current Projected Date of Final Report (TFR): 01/15/2014

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-11669 | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | Earle Lecki | Bank Name: | The Bank of New York Mellon |
| | Christine Lecki | Account Number/CD#: | XXXXXX7500 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0322 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/13 | | HomeTown RV<br>110 E North Avenue<br>Carol Stream, IL 60188 | sale of rv | | $36,300.00 | | $36,300.00 |
| | | | Gross Receipts $42,000.00 | | | | |
| | | HomeTown RV<br>110 E. North Avenue<br>Carol Stream, IL | commission ($4,200.00) | 3610-000 | | | |
| | | HomeTown RV<br>110 E North Avenue<br>Carol Stream, IL | expenses of sale ($1,500.00) | 3620-000 | | | |
| | 7 | | 2007 - Dutchman 31-P $42,000.00 | 1129-000 | | | |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.63 | $36,277.37 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.19 | $36,225.18 |
| 10/23/13 | 1001 | Earle Lecki & Christine Lecki<br>134 CRAB TREE DRIVE<br>WESTMONT, IL 60559 | satisfy exemption claim | 8100-002 | | $9,038.15 | $27,187.03 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.86 | $27,133.17 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.04 | $27,094.13 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.28 | $27,053.85 |
| 02/04/14 | 1002 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | bond premium | 2300-000 | | $40.00 | $27,013.85 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.22 | $26,973.63 |

Page Subtotals: $36,300.00 $9,326.37

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-11669 | Trustee Name: DAVID R. BROWN |
| Case Name: Earle Lecki | Bank Name: The Bank of New York Mellon |
| Christine Lecki | Account Number/CD#: XXXXXX7500 |
| | Checking |
| Taxpayer ID No: XX-XXX0322 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/14 | 1003 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,046.19 | $22,927.44 |
| 05/05/14 | 1004 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,971.00 | $20,956.44 |
| 05/05/14 | 1005 | Nordstrom Fsb<br>P.O. Box 6566<br>Englewood, Co 80155 | Final distribution to claim 1 representing a payment of 40.06 % per court order. | 7100-000 | | $5,148.79 | $15,807.65 |
| 05/05/14 | 1006 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 40.06 % per court order. | 7100-000 | | $696.40 | $15,111.25 |
| 05/05/14 | 1007 | American Infosource Lp As Agent For Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 3 representing a payment of 40.06 % per court order. | 7100-000 | | $60.70 | $15,050.55 |
| 05/05/14 | 1008 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 4 representing a payment of 40.06 % per court order. | 7100-000 | | $2,509.45 | $12,541.10 |
| 05/05/14 | 1009 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 5 representing a payment of 40.06 % per court order. | 7100-000 | | $5,749.03 | $6,792.07 |
| 05/05/14 | 1010 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 6 representing a payment of 40.06 % per court order. | 7100-000 | | $6,792.07 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $36,300.00 | $36,300.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $26,973.63 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

|  |  |  |
|---|---|---|
| Subtotal | $36,300.00 | $36,300.00 |
| Less: Payments to Debtors | $0.00 | $9,038.15 |
| Net | $36,300.00 | $27,261.85 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7500 - Checking | $36,300.00 | $27,261.85 | $0.00 |
| | $36,300.00 | $27,261.85 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $5,700.00 |
| Total Net Deposits: | $36,300.00 |
| Total Gross Receipts: | $42,000.00 |

Page Subtotals:                                $0.00        $0.00